Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org

*Attorney for Petitioner Kenneth Deleno Sidro

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kenneth Deleno Sidro,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02013-GMN-NJK

**Order Granting Stipulation to Extend Time to File Amended Petition**

Petitioner Kenneth Deleno Sidro and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to August 10, 2026.

This extension is warranted because counsel for Mr. Sidro, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to confer with her client and to gather records to review prior to filing the amended petition.

Currently, the amended petition is due on July 20, 2026. This is the first stipulation for an extension of time for the amended petition.

On July 16, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Special Assistant United States Attorney Martin J. Mayer. SAUSA Mayer agreed to this twenty-one-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Sidro to file an amended petition to August 10, 2026 and the response to August 17, 2026.

Respectfully submitted this 17th day of July, 2026.

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Martin J. Mayer*
Martin J. Mayer
Special Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
Nisha Brooks-Whittington
Assistant Federal Public Defender

**IT IS SO ORDERED:**

**DATED** this 20 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court